HAMILL v. CUSACK

No. 131P95

Case below: 118 N.C.App. 82

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

JAMES v. CLARK

No. 169P95

Case below: 118 N.C.App. 178

Petition by defendant (Yoco, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

KENNEDY v. SCHOOLER

No. 161P95

Case below: 117 N.C.App. 732

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 June 1995.

McGEE v. McGEE

No. 139P95

Case below: 118 N.C.App. 19

Petition by plaintiff intervenors (the State of N.C.) for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

REGAN v. AMERIMARK BUILDING PRODUCTS

No. 170P95

Case below: 118 N.C.App. 328

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.